THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN BENITEZ, Appellant.—Judgment unanimously affirmed.

Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Dugan, J.—arson, second degree.) Present—Denman, J. P., Boomer, Pine, Lawton and Davis, JJ.